UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG DEVIN MILLER,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN GUTIERREZ, FCI-Victorville I Warden,<br><br>    Respondent. | No. EDCV 12-112 VAP (FFM)<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH COURT ORDER |

The Court has reviewed its own files and records and notes that defendant has failed to submit an answer by September 4, 2012, as required by the Order Extending Respondent Warden Gutierrez's Time to Answer Petition for Writ of Habeas Corpus, filed July 31, 2012.

Defendant is ordered to show cause in writing within 30 days of the date of this minute order as to why sanctions should not be imposed for failing to comply with the Court's order. A responsive pleading to the complaint will be deemed compliance with the order to show cause.

IT IS SO ORDERED.

DATED: September 27, 2012

                                            /S/ FREDERICK F. MUMM
                                              FREDERICK F. MUMM
                                        United States Magistrate Judge